IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NESLY VICTOR AND<br>BRIAN A. BREWER, TRUSTEE, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-17-2190 |
| FIRST GUARANTY MORTGAGE<br>CORPORATION, | § § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

The parties appeared for a motion hearing on December 11, 2017. Counsel for plaintiffs acknowledged the pleading deficiencies and the futility of amendment under current law. For the reasons stated in detail on the record, this case is dismissed, with prejudice.

Each party is to bear its own costs.

SIGNED on December 12, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge